■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNA BROWN, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County, imposed November 1, 1977. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., O'Connor, Lazer and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CHISOLM, Also Known as DAHU LAMIK ALLAH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 7, 1976, convicting him of murder in the second degree (felony murder) and manslaughter in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction for manslaughter in the first degree and the sentence imposed thereon and the said count is dismissed. As so modified, judgment affirmed. We find, and the People agree, that the evidence was legally insufficient to support the conviction of manslaughter in the first degree. We find the defendant's other contentions to be without merit. Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HOOD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 10, 1978, convicting him of burglary in the third degree and petit larceny, upon a jury verdict, and imposing sentence. Judgment affirmed. The trial court's charge, read as a whole, properly left all issues of fact to the jury's determination (see *People v Sangamino*, 258 NY 85). Hopkins, J. P., Lazer, Cohalan and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALEIGH HUDSON, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Kings County, both rendered June 7, 1977, convicting him of attempted arson in the third degree and assault in the second degree, respectively, upon his pleas of guilty, and imposing sentences. Judgments affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Pearson*, 62 AD2d 1043; *People v Foster*, 58 AD2d 814). Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.